IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:95-cr-00123-18
)
Dwayne Bernard Smith, )
)
Defendant. )
)

## O R D E R

On December 28, 1995, Defendant was sentenced by this Court to a 240-month custodial term for drug-related offenses. On June 26, 2008, pursuant to 18 U.S.C. § 3582(c)(2), the Court reduced that sentence to 200 months. Defendant was released from custody on June 5, 2010, to begin a 10-year supervised release term.

On June 27, 2014, Defendant's supervised release term was revoked and he was sentenced to a custodial term of 37 months. Defendant continues to serve this period of custody. Since beginning service of that revoked term, Defendant has filed three motions (Document Nos. 1245, 1247 and 1251) requesting a sentence reduction under 18 U.S.C. § 3582(c)(2), as well as attorney representation in that matter.

United States Sentencing Guideline Section 1B1.10 discusses reductions in terms of imprisonment as a result of an amended guideline range. Application Note 7 to U.S.S.G. § 1B1.10 specifies that "[o]nly a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this

Dwayne Bernard Smith
4:95-cr-00123-18
Order on Motions

section. *This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release"* (emphasis added). Defendant is therefore not eligible for a reduction in his sentence, as he is no longer serving on the original term of imprisonment imposed.

As to Defendant's request for counsel, Defendants seeking sentence reductions pursuant to § 3582 have no statutory or constitutional right to appointed counsel, United States v. Webb, 565 F.3d 789, 795 (11th Cir. 2009), which the Court has determined unnecessary in this case.

Based on the foregoing, Defendant's Motions for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), as well as his request for counsel, are **DENIED**.

SO ORDERED this 7th day of October 2015.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA